UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ESTEBAN MIRANDA,<br><br>                    Defendant. | 20 Cr. 364 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

There is currently a conference scheduled in this action for January 22, 2021, at 12:00 p.m. In light of the parties' request by email for an adjournment, the conference is hereby ADJOURNED to April 19, 2021, at 12:00 p.m.

It is further ORDERED that time is excluded under the Speedy Trial Act between January 23, 2021, and April 19, 2021. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will allow defense counsel to continue to prepare and discuss certain mitigation materials with the Government.

SO ORDERED.

Dated:   January 21, 2021
        New York, New York

                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge