UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ESTEBAN MIRANDA,<br><br>                         Defendant. | 20 Cr. 364 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

There is a conference scheduled in this matter for September 10, 2021, at 12:00 p.m. Instructions for accessing the conference are as follows: At 12:00 p.m., the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 12:00 p.m.

SO ORDERED.

Dated: September 2, 2021
        New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge