**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 24, 2021

**Via ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *United States v. Esteban Miranda,* 20 CR 364 (KPF)

Dear Judge Failla:

I write with the consent of the government to respectfully request an adjournment of Mr. Miranda's status conference of approximately two weeks. The conference is currently scheduled for September 30, 2021. The parties are actively engaged in plea discussions, and hope to achieve a pretrial disposition shortly. An adjournment would allow me to effectively counsel Mr. Miranda, and would ensure that the parties are adequately prepared for the upcoming conference.

The defense does not object to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

Tamara L. Giwa
Counsel for Mr. Miranda
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Thomas John Wright (via ECF)

Application GRANTED.  The conference scheduled for September 30, 2021, is hereby ADJOURNED to October 14, 2021, at 11:30 a.m.  The conference will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between September 30, 2021, and October 14, 2021. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will allow the parties to continue discussing a pre-trial disposition.

Dated:     September 24, 2021            SO ORDERED.
           New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE