UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ESTEBAN MIRANDA,<br><br>                    Defendant. | 20 Cr. 364 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled in this matter for October 14, 2021, at 11:30 a.m., will instead begin on that date at 10:00 a.m.

SO ORDERED.

Dated:   September 27, 2021
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge