

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2022

**By ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Esteban Miranda*, 20 CR 364 (KPF)

Dear Judge Failla,

The Government respectfully submits this letter to request an extension to March 14, 2022 of the time to submit a sentencing memorandum. Yesterday, the defendant approached the Government with a request related to sentencing, on which the Government wishes to ensure the defendant has an opportunity to be heard before the Government takes a position as to what constitutes a just sentence. The defendant, who has requested a sentence of time served, is scheduled to be sentenced on March 17, 2022 at 3:00 PM, and at present the Government does not expect that either of the parties will request an adjournment of sentencing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Tamara Giwa (Counsel for Defendant Esteban Miranda) (by ECF)

Application GRANTED.  The Government's sentencing submission shall be due March 14, 2022.  The Government is directed to file its submission as soon as it is complete, in order to give the Court sufficient time to review it prior to sentencing.

The Clerk of Court is directed to terminate the pending motion at docket number 36.

Dated:     March 10, 2022            SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE