U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 17, 2024

**By ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007



Re:   *United States v. Esteban Miranda*, 20 CR 364 (KPF)

Dear Judge Failla,

　　　The Government respectfully submits this letter on behalf of the parties to request an adjournment of the forthcoming conference in these pending violation of supervised release proceedings from Friday, April 19, 2024 at 11:30 AM to Friday, April 26, 2024 at 2:30 PM, a date and time that the parties understand is convenient to the Court.  In short, the parties have now reached an agreement in principle for a global disposition of the violation of supervised release proceedings as well as a forthcoming information, for which the parties require the brief adjournment to finalize, review, and file the underlying papers.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DAMIAN WILLIAMS
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Thomas John Wright
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　(212) 637-2295

cc: Probation Officer Matthew Omlor (United States Probation) (by email)
　　Tamara Giwa, Esq, (Counsel for Defendant Esteban Miranda) (by ECF)

Application GRANTED.  The conference is hereby ADJOURNED to **April 26, 2024**, at **2:30 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket number 50.

Dated:    April 18, 2024          SO ORDERED.
          New York, New York

                                  *Katherine Polk Failla*

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE